Richard Alan Anderson, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Phong Huu Truong has moved for leave to withdraw and has filed a brief in accordance with *Anders v. Cali-*

*fornia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Truong has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

## UNITED STATES of America, Plaintiff–Appellee

v.

## Noel Richard SCHMITZ, Defendant–Appellant.

No. 07–11240

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2008.

Michael Reuss Snipes, Brandon Nelson McCarthy, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Christopher Michael McCaffrey, Law Offices of Christopher McCaffrey, Dallas, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

The attorney appointed to represent Noel Richard Schmitz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Schmitz has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.